**ORIGINAL**

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

AUG 27 2004

LUTHER D. THOMAS, Clerk
By: _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JERRY O. KROW, AND MICHAEL MIAHNAHRI, ) ) ) Plaintiffs, ) ) v. ) ) AUTONATION, INC., ) d/b/a TEAM TOYOTA OF LITHIA ) SPRINGS, ) ) Defendant. ) | CIVIL ACTION NO. 1 04-CV 1860 - JTC |

## JOINT MOTION AND MEMORANDUM TO STAY PLAINTIFF MIAHNAHRI'S CASE PENDING ARBITRATION

Plaintiff Michael Miahnahri ("Plaintiff") and Defendant have a written agreement requiring the parties to submit to arbitration any claim between them arising from Plaintiff's employment. The claims Plaintiff asserts in this case are covered by the parties' arbitration agreement. Thus, Plaintiff and Defendant through undersigned counsel, move this Court, pursuant to the Federal Arbitration Act, 9 U.S.C. §§ 1-16, to stay Plaintiff Miahnahri's current judicial proceedings until the parties resolve this dispute through arbitration. As a condition to this joint motion, Defendant has agreed to bear the costs of arbitration; provided, however, this agreement does not limit Plaintiff's or Defendant's rights to seek recovery of

Atlanta 855614.1

such costs should they be considered recoverable under the applicable rules of procedure and/or case law.

## CONCLUSION

For the above reasons, Plaintiff Miahnahri and Defendant respectfully request that the Court grant their Joint Motion to Stay Proceedings Pending Arbitration.

This 26th day of August, 2004.

Respectfully submitted,

_____
David L. Hudgins
Georgia Bar No. 374108

920 Holcomb Bridge Road
Suite 100
Roswell, Georgia 30076

ATTORNEY FOR PLAINTIFF

_____
Christine E. Howard
Georgia Bar No. 370097
Rebecca J. Jakubcin
Georgia Bar No. 388767

FISHER & PHILLIPS LLP
1500 Resurgens Plaza
945 E. Paces Ferry Rd.
Atlanta, Georgia 30326
(404) 231-1400

ATTORNEYS FOR DEFENDANT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JERRY O. KROW, AND MICHAEL MIAHNAHRI,<br><br>Plaintiffs,<br><br>v.<br><br>AUTONATION, INC.,<br>d/b/a TEAM TOYOTA OF LITHIA SPRINGS,<br><br>Defendant. | CIVIL ACTION NO.<br>1 04-CV 1860 - JTC |

ORDER

The parties having agreed to arbitrate Plaintiff Miahnahri's claims,

By consent of the parties, IT IS HEREBY ORDERED that Plaintiff's claims be arbitrated according to the terms of the parties' agreement and that Defendant pay the costs of arbitration subject to either parties' right to recover said costs, and that these proceedings be stayed pending the outcome of the arbitration.

_____
United States District Court Judge

_____
Date

Atlanta 855614.1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JERRY O. KROW, AND MICHAEL MIAHNAHRI, ) ) ) Plaintiffs, ) ) v. ) ) AUTONATION, INC., ) d/b/a TEAM TOYOTA OF LITHIA ) SPRINGS, ) ) Defendants. ) | CIVIL ACTION NO. 1 04-CV 1860 - JTC |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the within and foregoing **Joint Motion And Memorandum To Stay Plaintiff Miahnahri's Case Pending Arbitration** by placing a copy in the United States mail, with sufficient postage affixed thereto to ensure first class delivery to:

> David L. Hudgins
> 920 Holcomb Bridge Road
> Suite 100
> Roswell, Georgia 30076

This 26th day of August, 2004.

_____
Christine E. Howard
Georgia Bar No. 370097

Atlanta 855614.1

FISHER & PHILLIPS LLP
1500 Resurgens Plaza
945 E. Paces Ferry Rd.
Atlanta, Georgia 30326
(404) 231-1400

Rebecca J. Jakubcin
Georgia Bar No. 388767

ATTORNEYS FOR DEFENDANT